

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-14-00488-CV

Style:        Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody

Date motions filed:        July 16, 2014

Type of motions:        Motion Pro Hac Vice of Jeremiah M. Welch, and Thomas A. Dickinson's Motion in Support of Jeremiah M. Welch's Motion Pro Hac Vice

Party filing motions:        Jeremiah M. Welch and Thomas A. Dickinson (American Jet International Corporation, et al.)

Ordered that motion is:

     ☒      Granted

         If document is to be filed, document due:

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

     ☐      Denied

     ☐      Dismissed

     ☐   Other: _____

_____

_____

_____

Judge's signature:    /s/ Jim Sharp
                   ☑ Acting individually      ☐ Acting for the Court

Panel consists of     _____

Date:   July 29, 2014